**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| KENNETH J. CHRISTOPHER,            Plaintiff, vs. OWNIT MORTGAGE SOLUTIONS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, MERRILL LYNCH MORTGAGE INVESTORS, INC., US BANK, N.A. as Successor Trustee for OWNIT MORTGAGE LOAN TRUST, SERIES, 2006-4,            Defendants. | Case Number:  2:12-cv-11872 Honorable Robert H. Cleland Executive Magistrate Judge R. Steven Whalen |

## STIPULATED ORDER OF DISMISSAL

Pursuant to the stipulation of the parties;

IT IS ORDERED that Plaintiff Kenneth J. Christopher's claims against Defendant Merrill Lynch Mortgage Investors, Inc. are dismissed with prejudice.  Defendant Merrill Lynch Mortgage Investors, Inc. does not have any interest in either the Mortgage or Note relating to this action.  The parties shall bear their own costs and fees.

  s/Robert H. Cleland
Hon. Robert H. Cleland

Dated:  June 27, 2012