**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KENNETH J. CHRISTOPHER,

    Plaintiff,

v.                                          Case No. 12-11872

OWNIT MORTGAGE
SOLUTIONS, INC., et al.,

    Defendants.
                                   /

**ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS OWNIT MORTGAGE SOLUTIONS, INC., AND BANK OF NEW YORK MELLON**

On March 14, 2013, the court granted a motion for summary judgment filed by Defendants Mortgage Electronic Registration Systems, Inc., and U.S. Bank, N.A. (Dkt. # 38.)  That same day, the court ordered Plaintiff Kenneth Christopher to show cause, by March 21, 2013, why summary judgment should not also be granted in favor of Defendants Ownit Mortgage Solutions, Inc., and Bank of New York Mellon.  (Dkt. # 39.)  If Plaintiff's answer established that summary judgment should not be granted, the court additionally ordered Plaintiff to show cause why the case against Ownit Mortgage Solutions, Inc., and Bank of New York Mellon should not be dismissed for lack of prosecution.  Plaintiff has failed to respond to the court's show cause order.  Accordingly,

      IT IS ORDERED that summary judgment is GRANTED in favor of Defendants Ownit Mortgage Solutions, Inc., and Bank of New York Mellon for the reasons stated in

the March 14, 2013 order.  A separate judgment will issue.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

C:\Documents and Settings\wagner\Local Settings\Temp\notesFCBCEE\12-11872.CHRISTOPHER.Grant.Summ.J.Ownit.Bank.NY.Mellon.wpd

2