**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KENNETH J. CHRISTOPHER,

    Plaintiff,

v.                                                       Case No. 12-11872

OWNIT MORTGAGE
SOLUTIONS, INC., et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment" dated March 14, 2013, and "Order Granting Summary Judgment in Favor of Defendants Ownit Mortgage Solutions, Inc., and Bank of New York Mellon" dated March 29, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Mortgage Electronic Registration Systems, Inc., U.S. Bank, N.A., Ownit Mortgage Solutions, Inc., and Bank of New York Mellon.  Dated at Detroit, Michigan, this 29th day of March 2013.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                                                       s/ Lisa Wagner
                                                   By:  Lisa Wagner, Case Manager
                                                      to Judge Robert H. Cleland