# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH J. CHRISTOPHER,

      Plaintiff,

vs.

OWNIT MORTGAGE SOLUTIONS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, MERRILL LYNCH MORTGAGE INVESTORS, INC., U.S. BANK, N.A. as Successor Trustee for OWNIT MORTGAGE LOAN TRUST, SERIES, 2006-4,

      Defendants.

Case No. 12-cv-11872

Honorable: Robert H. Cleland

Magistrate Judge R. Steven Whalen

## ORDER

This matter came before the Court upon the Notice of Settlement on Appeal and Joint Motion for Indicative Ruling to Effect Terms of Settlement ("Motion") filed by Plaintiff Kenneth J. Christopher ("Plaintiff") and Defendant U.S. Bank National Association, as Successor Trustee, to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee, for Ownit Mortgage Loan Trust, Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-4 ("Trustee") pursuant to Rule 62.1 of the Federal Rules of Civil Procedure;

Having considered the Motion and the record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that the Motion is granted and, if this case is remanded to the District Court by the Court of Appeals, this Court will enter the "Stipulated Order Reopening the Case for the Limited Purpose of Entering this Order Setting Aside the Foreclosure Sale, Setting Aside the Sheriff's Deed, and Reviving and Confirming the Mortgage" attached as Exhibit A to the Motion.

ENTERED this 9th day of October 2014.

                                                                s/Robert H. Cleland
                                                                 HON. ROBERT H. CLELAND
                                                                 United States District Court Judge

BH01\2104721.1
ID\MMI - 100767\0273