# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KENNETH J. CHRISTOPHER,

    Plaintiff,

vs.

Case No. 12-cv-11872

OWNIT MORTGAGE SOLUTIONS, INC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, MERRILL LYNCH MORTGAGE INVESTORS, INC., U.S. BANK, N.A. as Successor Trustee for OWNIT MORTGAGE LOAN TRUST, SERIES, 2006-4,

Honorable: Robert H. Cleland

Magistrate Judge R. Steven Whalen

    Defendants.

## ORDER APPROVING REQUEST FOR WITHDRAWAL OF APPEARANCE OF MATTHEW MITCHELL

Upon filing of a Request for Withdrawal of Appearance of Matthew Mitchell (Docket #49); and the Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that the appearance of Matthew Mitchell of Dykema Gossett is withdrawn in this matter.

Dated: October 28, 2014

s/Robert H. Cleland
Hon. Robert H. Cleland

BH01\2119414.1
ID\MMI - 100767\0273